FILED

07 OCT -5 PM 1:48

Lori E. Andrus (SBN 205816)
Micha Star Liberty (SBN 215687)
Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Facsimile: (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE YIM and ALBERT LEE, on behalf
of themselves and all others similarly
situated,

    Plaintiffs,

    v.

KOREAN AIR LINES CO. LTD., and
ASIANA AIRLINES, INC.,

    Defendants.

Case No.:  C 07 5143

**PLAINTIFFS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
PURSUANT TO CIV. L.R. 3-16**

   Pursuant to Civ. L.R. 3-16, the undersigned certifies that as of this date, other than the
named parties, there are no other persons or entities known to have an interest in this matter.

Dated: October 5, 2007

           Jennie Lee Anderson

        Lori E. Andrus
        Micha Star Liberty
        Jennie Lee Anderson
        ANDRUS LIBERTY & ANDERSON LLP
        1438 Market Street
        San Francisco, CA 94102
        Telephone: (415)896-1000
        Facsimile: (415)-896-2249