Lori E. Andrus (SBN 205816)
Micha Star Liberty (SBN 215687)
Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON, LLP
1438 Market Street
San Francisco, CA 94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHRAGE ANTITRUST LITIGATION<br>_____<br>***This document relates to****:*<br>JULIE YIM and ALBERT LEE, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　　　　　　v.<br>KOREAN AIR LINES CO. LTD., and ASIANA AIRLINES, INC.,<br>Defendants.<br>Case No.: C-07-5143 (JCS) | Case No.:  M:06-cv-01793-CRB<br><br>~~[PROPOSED]~~ ORDER RELATING CASES |

1

2  On October 9, 2007, Plaintiffs Julie Yim and Albert Lee filed an Administrative Motion to

3  Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.  The time for

4  filing an opposition or statement of support has passed.  The Court having considered the papers

5  and pleadings on file, and good cause appearing, hereby GRANTS Plaintiffs' Administrative

6  Motion to Consider Whether Cases Should Be Related, and ORDERS that *Yim et al. v. Korean

7  Air Lines Co. Ltd. et al*., Case No. C-07-5143 (JCS), relates to *In re International Air

8  Transportation Surcharge Antitrust Litigation*, Case No.:  M:06-cv-01793-CRB and shall be

9  transferred to this courtroom pursuant to Civ. L. R. 3-12 for further proceedings.

10  **IT IS SO ORDERED.**

11

12  Dated:  October 10 , 2007



Hon. Charles R. Breyer
United States District Judge
Northern District of California

- 2 -