**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                         415.522.2000


**October 11, 2007**

**CASE NUMBER:  CV 07-05143 JCS**

**CASE TITLE:  JULIE YIM-v-KOREAN AIR LINES CO. LTD**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable CHARLES R. BREYER**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/11/07


FOR THE EXECUTIVE COMMITTEE:

_____
                                                   Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 10/11/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA