Lori E. Andrus (SBN 205816)
Micha Star Liberty (SBN 215687)
Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON, LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Facsimile: (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br><br>**This document relates to:**<br><br>JULIE YIM and ALBERT LEE, on behalf of themselves and all others similarly situated,<br>               Plaintiffs,<br>    v.<br><br>KOREAN AIR LINES CO. LTD., and ASIANA AIRLINES, INC.,<br><br>               Defendants.<br><br>Case No.: C-07-5143 (JCS) | Case No. M:06-cv-01793- CRB<br><br>MDL No. 1793<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

ANDRUS LIBERTY & ANDERSON, LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415)896-1000
Facsimile: (415)896-2249

Notice of Association of Counsel      Page 1

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

Please take notice that

>Henry A. Cirillo (SBN 131527)
>Thomas P. Dove (SBN 51921)
>Jonathan M. Watkins (SBN 196898)
>Jon T. King (SBN 205073)
>THE FURTH FIRM LLP
>225 Bush Street, 15th Floor
>San Francisco, CA 94104-4249
>Telephone: (415) 433-2070
>Fax: (415) 982-2076
>hcirillo@furth.com
>tdove@furth.com
>jwatkins@furth.com
>king@furth.com

are appearing in this action as additional counsel for Plaintiffs Julie Yim and Albert Lee, and the proposed Class.

| Date:  December 19, 2007 | By:   */s/ Jennie Lee Anderson*<br>          Jennie Lee Anderson<br><br>Lori E. Andrus (SBN 205816)<br>Micha Star Liberty (SBN 215687)<br>Jennie Lee Anderson (SBN 203586)<br>ANDRUS LIBERTY & ANDERSON, LLP<br>1438 Market Street<br>San Francisco, CA 94102<br>Telephone:  (415) 896-1000<br>Facsimile:  (415) 896-2249<br><br>Attorneys for Plaintiffs and the Proposed Class |

ANDRUS LIBERTY &
ANDERSON, LLP
1438 Market Street
San Francisco, CA  94102
Telephone: (415)896-1000
Facsimile: (415)896-2249

Notice of Association of Counsel                                                                 Page 2